■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALEIK BEVERLY, Appellant. [691 NYS2d 355] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (J. Goldberg, J.), rendered September 18, 1997, convicting him of robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review (CPL 470.05 [2]) or relate to harmless error. Ritter, J. P., Altman, Krausman and Florio, JJ., concur.